United States District Court
for the Northern District of Texas

<u>  Fort Worth  </u> Division

**United States of America,**
*Plaintiff,*

v.

<u>Fidel Giron                    </u>,
*Defendant.*

<u>  FCI Oakdale, LA  </u>
Place of Confinement

<u>  35468-177  </u>
Prisoner ID Number

<u>  4:06-Cr-122-A(01)  </u>
Criminal Case Number

### Defendant's Motion and Questionnaire for Reduction of Sentence
### Pursuant to 18 U.S.C. § 3582(c)

---

### Instructions - Read Carefully

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

<u>Abilene Division</u>
P.O. Box 1218
Abilene, TX 79604

<u>Amarillo Division</u>
205 E. 5th
Amarillo, TX 79101

<u>Dallas Division</u>
1100 Commerce, Rm 14A20
Dallas, TX 75242

<u>Fort Worth Division</u>
501 W. 10th Street
Fort Worth, TX 76102

<u>Lubbock Division</u>
1205 Texas Ave., #C209
Lubbock, TX 79401

<u>San Angelo Division</u>
33 East Twohig
San Angelo, TX 76903

<u>Wichita Falls Division</u>
P.O. Box 1234
Wichita Falls, TX 76307

Page 1 of 4

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:
   Northern District of Texas, Fort Wort Division

2. Date(s) of sentence and judgment of conviction:
   11-03-2006

3. Are you currently in prison for this sentence?

   __x__ Yes  _____ No

4. If so, when is your projected date of release?
   11-03-2021

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?
   x

6. Are you currently on supervised release?  _____ Yes  __x__ No

7. Are you currently in prison because you violated your supervised release?

   _____ Yes  __x__ No

8. Is your case currently on appeal?  _____ Yes  __x__ No

9. Offense(s) for which you were convicted (all counts):
   21 U.S.C. § 841(a)(1) & (b)(1)(B), possession of a control Substance with Intent to Distribute. And 18 U.S.C. § 924(c). possession of a firearm in furtherance of a drug trafficking crime.

Page 2 of 4

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

  _____ Yes  \_\_x\_\_ No  _____ Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

  \_\_x\_\_ Yes  _____ No  _____ Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

  \_\_x\_\_ Yes  _____ No  _____ Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

  Giron has a good work report during his incaceration and has completed many education courses, see progress report attached hereto.

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this   November   13  , 2014 .

*Fidel Giron*
Signature of Defendant

Fidel Giron
Printed Name

35468-177
BOP No.

FCI
Federal Correctional Institution (if applicable)

P.o. Box 5010
Address

Oakdale, LA 71463
City, State & Zip Code

| Department of Justice | | Federal Bureau of Prisons |
|---|---|---|
| **INMATE SKILLS DEVELOPMENT PLAN** | | **PROGRESS REPORT: 11-10-2014** |

**Commensurate:** [Y,N]
**Missed:** [Y,N]

**Judicial Recommendations:** none / none / none

**Special Conditions of Supervision:** If deported, shall not enter the US illegally.

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Mitsi Westendorff, Chief<br>Texas Northern Probation Office<br>Earle Cabell Federal Building and United States Courthouse<br>1100 Commerce Street Room 1329<br>Dallas, TX 75242 | **USPO Relocation:**<br><br><br>**Phone/Fax:** | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip]<br>[Phone] / [Fax] |
| **Phone/Fax:** | 214-753-2500 / 214-753-2570 | | |

**Subject to 18 U.S.C. 4042(B) Notification:**  Y
• Current conviction for a crime of violence (state and federal)
• Conviction for a drug trafficking crime (federal)

**DNA Required:** Y - 07-30-2010
**Subject to Sex Offender Notifications:** N
**Treaty Transfer Case:** Y

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OAD | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-02-2014 | CURRENT |
| OAD | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 02-08-2007 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| ACE VIDEO VIETNAM 1 | 07-10-2012 | 10 |
| CLEANING SERVICE FOR HOMES | 12-16-2011 | 10 |
| OWN & OPERATE HAIR SALON | 12-15-2011 | 10 |
| ACE ROOF CONTRACTING | 12-12-2011 | 10 |
| AUTO DETAILING SERVICE | 12-07-2011 | 10 |
| BUSINESS PLANNING W 6P-8P | 12-06-2011 | 10 |
| BEGINNING MATH STUDY SKILLS | 10-24-2011 | 10 |
| ACADEMIC1 | 10-05-2011 | 8 |
| ADVANCED CALISTHENICS | 03-29-2011 | 33 |
| ESL CLASSROOM #4 2:00-3:30 | 07-28-2009 | 464 |
| ESL CLASSROOM #1 2:00-3:30 | 07-27-2009 | 0 |
| VT ESL B 9:30-11:00 AM | 11-05-2008 | 0 |
| 1 X PER QTR HLTH INFO | 06-28-2008 | 2 |
| ELECTRICAL SOLDERING UNICOR PM | 01-10-2008 | 100 |

## HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|

Name: **GIRON, FIDEL**                                                                                       RegNo: **35468-177**

| CASAS | | READ PLACE | 192.00 | 06-13-2007 | BIG | 1 | |
|---|---|---|---|---|---|---|---|
| CASAS | | READ LEV A | 202.00 | 06-10-2008 | BIG | A32 | |
| CASAS | | LIST PLACE | 209.00 | 06-13-2007 | BIG | 1 | |
| SABE/2 | | READ COMP | 2.80 | 05-11-2007 | BIG | ########## | |

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OAD | UP CMPD AM | UPPER CMPD AM | 05-15-2014 | CURRENT |

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| BIG | SS ORD 2EW | SUNSET ORDERLY EVENING WATCH | 05-15-2012 | 03-24-2014 |
| BIG | CP AM | COMPOUND AM ORD | 04-30-2012 | 05-15-2012 |
| BIG | SS ORD 2EW | SUNSET ORDERLY EVENING WATCH | 09-09-2010 | 04-30-2012 |
| BIG | SS ORD 2DW | SUNSET ORDERLY DAY WATCH | 10-13-2009 | 09-09-2010 |
| BIG | SS2 GNDORD | SUNSET GROUND ORD 2ND FLOOR | 09-01-2009 | 10-13-2009 |
| BIG | CABLE 9AM | A.M. CABLE 9 WORKER | 05-04-2009 | 09-01-2009 |
| BIG | R & D ORD | R & D ORDERLY | 03-15-2009 | 05-04-2009 |
| BIG | SS UNASSG | SUNSET UNASSIGNED | 03-11-2009 | 03-15-2009 |
| BIG | FD SVC AM | FOOD SERVICE AM | 03-09-2009 | 03-11-2009 |
| BIG | FD SVC PM | FOOD SERVICE PM | 03-09-2009 | 03-09-2009 |
| BIG | CABLE 9 | CABLE 9 | 06-01-2007 | 03-09-2009 |
| BIG | R & D ORD | R & D ORDERLY | 02-01-2007 | 06-01-2007 |
| BIG | SS 2GN ORD | SUNSET 2ND FLOOR GRND ORD | 01-05-2007 | 02-01-2007 |
| FTW | ORD JAIL | JAIL ORDERLY | 09-14-2006 | 12-20-2006 |

### DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|

Inmate has no disciplinary history items in this area

### MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OAD | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-17-2014 | CURRENT |

### MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| BIG | DESIGNATED, AT ASSIGNED FACIL | 01-05-2007 | 03-24-2014 |

Name: **GIRON, FIDEL**  RegNo: **35468-177**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊙ | **EMPLOYMENT HISTORY**<br>ⓘ employed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>ⓘ sporadic history of employment (frequent, non-promotional job changes) |
| ✓ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>ⓘ Other, specify.... Laborer<br><br>ⓘ realistic career/job goals upon release<br>ⓘ seeking position: Laborer<br>⊕ has more than two years work experience in this field<br>⊖ does not have an education degree related to this field |
| ✓ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>   Eval: 02-28-2014 Good<br>   Eval: 01-31-2014 Good<br>   Eval: 12-31-2013 Good<br>   Eval: 10-29-2013 Good<br>   Eval: 09-30-2013 Good<br>   Eval: 08-31-2013 Good |
| ⊙ | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>ⓘ unable to locate employment<br><br>⊖ no release documents obtained to date |

**Department of Justice**  
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**  
**PROGRESS REPORT: 11-10-2014**

### CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OAD | ITTMX US D | ITT MX US DENIED TRTY TRANS | 04-16-2012 | CURRENT |
| OAD | CFSR | CERT FOOD SINCERITY REMOVAL | 04-01-2009 | CURRENT |
| OAD | V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 07-10-2008 | CURRENT |
| OAD | IHP PART | INS INST HRNG PGM PARTICIPANT | 01-31-2007 | CURRENT |
| OAD | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 01-31-2007 | CURRENT |
| OAD | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 01-31-2007 | CURRENT |

### MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| OAD | LOWER BUNK | LOWER BUNK REQUIRED | 04-28-2014 | CURRENT |
| OAD | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-02-2006 | CURRENT |
| OAD | YES F/S | CLEARED FOR FOOD SERVICE | 06-02-2006 | CURRENT |

NOV 13 2014

⇔35468-177⇔
Us Dist Court
Dallas Division R14a20
1100 Commerce ST
Dallas, TX 75242
United States